IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

MARIA GRANELA,

    Plaintiff,

CASE NO.:19-022838-CA-01 (23)

-vs-

WALMART INC.,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, MARIA GRANELA, by and through the undersigned counsel, sues the Defendant, WALMART INC., and states:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed or have occurred.

3. On or about December 29, 2017, Defendant, WALMART INC., leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 6991 SW 8 Street, Miami, Miami-Dade County, Florida that was used as "department store" and did supervise and maintain said property through its agent and servants.

4. At that time and place, Plaintiff, MARIA GRANELA, was an express or implied invitee of Defendant, WALMART INC., and went onto Defendant, WALMART INC.'s premises to shop for food.

5. Defendant, WALMART INC., owed a nondelegable duty of reasonable care to maintain, inspect, and repair the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory

MARIA GRANELA v. WALMART INC.
Complaint
Page 2

foreign objects or substances that might foreseeably give rise to loss, injury, or damage, to warn of dangerous conditions, and in its mode of operation of the business premises.

6. Defendant, WALMART INC., negligently failed to maintain his premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant, WALMART INC., either knew or should have known, by the use of reasonable care, and/or negligently failed to warn MARIA GRANELA of a dangerous condition about which Defendant, WALMART INC., had, or should have had, knowledge greater than that of MARIA GRANELA.

7. Defendant, WALMART INC., negligently failed to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises by allowing water or other transient liquids or substances to be and to remain on the floor of its premises.

8. The dangerous condition was created by and/or known to Defendant, WALMART INC., or had existed for a sufficient length of time so that defendant should have known of it.

9. As a result of Defendant, WALMART INC.'s negligence, Plaintiff, MARIA GRANELA, fell.

10. As a result the aforementioned fall, Plaintiff, MARIA GRANELA, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. MARIA GRANELA's losses are either permanent or continuing and plaintiff will suffer the losses in the future.

MARIA GRANELA v. WALMART INC.
Complaint
Page 3

WHEREFORE, Plaintiff, MARIA GRANELA, sues the Defendant, WALMART INC., for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

**STEINGER, GREENE & FEINER**
Attorneys for Plaintiff
2727 NW 62nd Street
Fort Lauderdale, FL 33309
Telephone: (954) 491-7701
Facsimile: (954) 492-2289
Email: mgrace@injurylawyers.com
acox@injurylawyers.com
fmercado@injurylawyers.com

_____
Mina Grace, Esquire
Florida Bar No.: 55897