UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-23726-GAYLES/OTAZO-REYES

**MARIA GRANELA**,

    Plaintiff,

v.

**WAL-MART STORES EAST, L.P.**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order of February 26, 2021, [ECF No. 82], in which the Court granted Defendant Wal-Mart Stores East, L.P.'s Motion for Summary Judgment, [ECF No. 16]. Pursuant to Federal Rule of Civil 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Wal-Mart Stores East, L.P., and against Plaintiff Maria Granela. Plaintiff shall take nothing from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of March, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE